IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

EDDIE POWELL, JR.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                              CASE NO. 1D14-2640

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed November 14, 2014.

Petition Alleging Ineffective Assistance of Appellate Counsel -- Original
Jurisdiction.

Eddie Powell, Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Giselle D. Lylen, Assistant Attorney General,
Tallahassee, for Respondent.

PER CURIAM.

DISMISSED.  See Fla. R. App. P. 9.141(d)(5).

VAN NORTWICK, RAY, and OSTERHAUS, JJ., CONCUR.